NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

2010-1168

CREATIVE COMPOUNDS, LLC,

Plaintiff-Appellant,

v.

STARMARK LABORATORIES,

Defendant-Appellee.

Appeal from the United States District Court for the Southern District of Florida in case no. 07-CV-22814, Judge Alan S. Gold.

ON MOTION

ORDER

Starmark Laboratories moves to stay the briefing schedule or in the alternative for leave to file its brief on March 24, 2010. Creative Compounds, LLC opposes.

Upon consideration thereof,

IT IS ORDERED THAT:

The motion to stay the briefing schedule is denied. The motion for leave to file the appellee's brief on March 24, 2010 is granted. No further extensions should be anticipated.

FOR THE COURT

MAR 23 2010
_____
Date

/s/ Jan Horbaly
_____
Jan Horbaly
Clerk

cc: Matthew A. Rosenberg, Esq.
Frederick A. Tecce, Esq.

s8

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

MAR 23 2010

JAN HORBALY
CLERK